# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135438

ROBERT J. MCMAHON, ARLA J.
MCMAHON, and PATRICK MCMAHON,
a/k/a PATRICK K. MCMAHON, a/k/a
PATRICK KENNETH MCMAHON,
      Plaintiffs/Counter-Defendants-
      Appellees,

v

CHARLES E. MCMAHON, a/k/a CHARLES
MCMAHON, a/k/a CHARLES EDWIN
MCMAHON, and MARIA A. MCMAHON,
a/k/a MARIA MCMAHON, a/k/a MARIA
ANNE MCMAHON,
      Defendants/Counter-Plaintiffs-
      Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135438
COA: 270477
Lenawee CC: 02-002641-CH

On order of the Court, the application for leave to appeal the November 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

s0317